IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL AND CHRISTIANE GARCIA, Plaintiffs, | § § § § |
| v. | §   Civil Action No. 5:16-cv-00033 |
| STATE FARM LLOYDS, Defendant. | § § § § |

## UNOPPOSED MOTION TO REMAND

TO THE HONORABLE JUDGE:

Plaintiffs MICHAEL AND CHRISTIANE GARCIA file their Unopposed Motion to Remand and state the following:

1. Plaintiffs and Defendant have entered into a stipulation whereby Plaintiffs agree they will not seek or accept damages in excess of $74,999.99. A copy of the stipulation is attached as Exhibit "A".

2. As a result of the stipulation, the amount in controversy would not exceed $74,999.99, and this Court would not have jurisdiction under 28 USCA 1332.

3. For the reasons stated above, Plaintiffs respectfully request that the Court remand this matter to the 288th Judicial District Court of Bexar County, Texas.

Respectfully submitted,

By: *(signature)*

Robert W. Loree
State Bar No. 12579200
LOREE & LIPSCOMB
The Terrace at Concord
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
Telephone: (210) 404-1320
Facsimile: (210) 404-1310
rob@lhllawfirm.com

*Counsel for Plaintiffs Michael and Christiane Garcia*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion to Remand was filed electronically with the United States District Court for the Western District of Texas, Bexar Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent and a copy mailed *via certified mail* on this 15th day of **February, 2016**, addressed to those who do not receive notice from the Clerk of the Court.

David R. Stephens
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N St. Mary's St., 17th Floor
San Antonio, Texas 78205

*(signature)*
Robert W. Loree