IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL and CHRISTIANE GARCIA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-16-CA-033-FB |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO REMAND
### AND REMANDING OF CASE

Before the Court is the Unopposed Motion to Remand filed February 23, 2016, requesting remand of this case to the 288th Judicial District Court, Bexar County, Texas, because this Court lacks subject matter jurisdiction.  According to the motion, the parties have entered into a stipulation wherein the plaintiffs agree they will not seek or accept damages in excess of $74,999.99.  As a result, the parties assert the amount in controversy is insufficient to provide this Court with diversity jurisdiction pursuant to 28 U.S.C. § 1332.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Remand (docket #4) is GRANTED such that this case is REMANDED to the 288th Judicial District Court, Bexar County, Texas.  IT IS FURTHER ORDERED that the Clerk of the Court send a certified copy of this order to the clerk of the state court.

It is so ORDERED.

SIGNED this 29th day of February, 2016.

FRED BIERY
UNITED STATES DISTRICT JUDGE